

# Fourth Court of Appeals
## San Antonio, Texas

February 10, 2014

No. 04-14-00088-CR

Kurt Conrad **MILLER**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 2012CR8700
Honorable Maria Teresa Herr, Judge Presiding

## O R D E R

The trial court imposed sentence in the underlying cause on August 16, 2013. Appellant filed a timely notice of appeal on September 5, 2013; however, this court dismissed the appeal because the underlying cause was a plea-bargain case and the trial court's certification showed that defendant did not have the right to appeal. *See Miller v. State*, No. 04-13-00603-CR, 2013 WL 5575469 (Tex. App.—San Antonio Oct. 9, 2013, no pet.).

After this court's mandate issued on December 11, 2013, the appellant filed a second notice of appeal on January 29, 2013, stating an intent to appeal a sentence imposed on January 15, 2014. As previously noted, however, sentence was imposed in the underlying cause on August 16, 2013, and appellant's timely appeal of the trial court's judgment was dismissed. It is therefore ORDERED that appellant show cause in writing within two weeks from the date of this order why this appeal should not be dismissed for lack of jurisdiction. *See Olivo v. State*, 918 S.W.2d 519, 522 (Tex. Crim. App. 1996) (court of appeals' jurisdiction invoked only by timely notice of appeal).

_____
Catherine Stone, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of February, 2014.

_____
Keith E. Hottle
Clerk of Court